# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-4126

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Missouri. |
| Rebecca S. Shriver, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: November 6, 2006
Filed: November 9, 2006

_____

Before MURPHY, BYE, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Rebecca Shriver appeals the sentence the district court[1] imposed after she pleaded guilty to distributing methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C). Her counsel has moved to withdraw and filed a brief under Anders v. California, 386 U.S. 738 (1967).

Shriver's plea agreement contains a valid appeal waiver. See United States v. Andis, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (discussing enforceability of

_____

[1]The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri.

appeal waiver); <u>see also</u> <u>United States v. Estrada-Bahena</u>, 201 F.3d 1070, 1071 (8th Cir. 2000) (per curiam) (enforcing appeal waiver in <u>Anders</u> case).  Having reviewed the record independently pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), for any nonfrivolous issues not covered by the appeal waiver, we find none.  Accordingly, we enforce the waiver and dismiss the appeal.  We also grant counsel leave to withdraw.

_____